# UNITED STATES DISTRICT COURT
for the

Southern District of New York ▼

_____ Division

| | |
|---|---|
| Jeffrey Simpson<br><br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>Judge Joel M. Cohen on behal of New York State Unified Court System, JP Morgan Chase & Co., Steptoe<br><br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial:  *(check one)*   ☐ Yes   ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jeffrey Simpson |
| Address | 1055 Park Avenue |
| | New York, NY, 10028 |
| | *City, State, Zip Code* |
| County | NY |
| Telephone Number | 646-753-2872 |
| E-Mail Address | jsimpson001@icloud.com |

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Judge Joel Cohen on behalf of NYS UCS |
| Job or Title *(if known)* | Judge Commerical Part, NYS Civil Courts |
| Address | 60 Centre Street |
| | New York, NY, 10036 |
| | *City, State, Zip Code* |
| County | New York |
| Telephone Number | 646-386-4927 |
| E-Mail Address *(if known)* | jmcohen@nycourts.gov |

[ ] Individual capacity   [✔] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | JP Morgan Chase & Co. |
| Job or Title *(if known)* | |
| Address | 270 Park Avenue |
| | New York, NY, 10017 |
| | *City, State, Zip Code* |
| County | New York |
| Telephone Number | |
| E-Mail Address *(if known)* | executive.office@chase.com |

[ ] Individual capacity   [✔] Official capacity

Defendant No. 3
- Name: Steptoe
- Job or Title (if known):
- Address: 1114 6th Ave
- City: New York    State: NY    Zip Code: 10036
- County: NY
- Telephone Number: 2123787601
- E-Mail Address (if known): gkeller@steptoe.com
- [ ] Individual capacity  [✔] Official capacity

Defendant No. 4
- Name:
- Job or Title (if known):
- Address:
- City:    State:    Zip Code:
- County:
- Telephone Number:
- E-Mail Address (if known):
- [ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? NYS Court allowed bank fraud under the 158055-2023 action. The Judge said "he felt bad for the bank". This extreme prejudice and collusive conduct (unlawful) allows for my rights to deteriorated under the 14th Amendment of the constitution. As a result, the bank who moved hundreds of bank accounts on a 1 line e mail, participated in the destruction of my business, my character, my ability to own a home as they are trying to forceclose on me after they refused to speak with me.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.
NYS Court didnt allow due process.   Example is that my former partner, who is being criminally investigated (Chassen), sought a receiver of assets i controlled.   JPM was called as witness, Steptoe made a motion to avoid their client appearing to tell the truth about the bank fraud that occured.   The judge allowed it.   Notwithstanding, the judge had a duty to report the bank fraud to the criminal justice folks.   Steptoe also represented me earlier in the case, so they were in conflict.   Privacy acts issue too.

**III.**  **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?
Initially , by e mail, Chassen demanded that FRB (now JPM) strip me of all bank accounts.   JPM ignoring NYS Orders, breaching BK court under JJ Arch, and then avoiding appearing in a evidentiary hearing, that occured at 60 centre street, NYS Court.

    B.    What date and approximate time did the events giving rise to your claim(s) occur?
August 4th, 2023, when Chassen sought the bank account improprietary.   Late august and onward, the bank was in denial and judge Joel Cohen allowed it.   Feb 2025, Christy Santoro of JPM was to testify and Steptoe refused for her / them.   They also breached JJ Arch BK by not providing DIP account access in 2024.   in 2025, they are attempting to steal my homes through foreclosure with seperate lawyers.   Steptoe represented me in 2024 as counsel, so their involvement with JPM was conflict.

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*
See above.   The 158055-2023 case says it all.   Yes, my entire staff at AREH saw my bank account access deteriorated by their actions and NYS Judge Joel Cohen allowing it.   My loss of my business, the same.   The BK Court issue is on the docket for JJ Arch LLC as an adv proceeding.   It was known to the parties that Steptoe represented me, so the conflict was obvious.   Joel Cohen doesnt care about conflicts.   He doesnt care what the bank did to help Chassen and Oak steal my company and that is the largest problem.   They pretend, like all else in the litigation because there is no law or order in front of Judge Joel Cohen, when it comes to me.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

No, only emotional distress from losing my career, livelihood, trying to take my homes, countless litigations, etc.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Stay the actions of JPM where they are trying to foreclose on my homes at 266 Water Mill Towd Rd in Water Mill and 1055 Park Ave, Manhattan. They refused to speak with me for 2 years, take my mortgage payments etc all because of the extreme acts of fraud that they did so they are participatory in this disaster of litigation.

Stricken Judge Joel Cohen from going anyway near this litigation and provide due process as to what actually happened with JP Morgans actions in participation with Chassen. An investigation of these horiffic acts of fraud that no one could excercize on a 1 line e mail.

Grant to me $100,000,000 in damages for loss of my career, reputation, and livelihood by the horrifc actions of JP Morgan in concert with the NYS Courts actions. Monetary damage sought from JPM only.

Clarify the conflict of interest from Steptoe's actions.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**VI.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     01/08/2026

Signature of Plaintiff
Printed Name of Plaintiff     Jeffrey Simpson

**B.     For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                        *City*           *State*           *Zip Code*

Telephone Number
E-mail Address