6UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY SIMPSON,

                      Plaintiff,

        -against-

JUDGE JOEL M. COHEN; JP MORGAN
CHASE & CO.; STEPTOE.,

                    Defendants.

26 CIVIL 00193 (LTS)

## CIVIL JUDGMENT

For the reasons stated in the March 2, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    March 5, 2026

        New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                      Chief United States District Judge